**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1648

JAMES F. CRAIG,

Plaintiff - Appellant,

versus

MICHAEL J. ASTRUE, Commissioner of Social
Security,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Rebecca Beach Smith, District
Judge.  (2:06-cv-00077-RBS)

Submitted:  December 19, 2007          Decided:  June 6, 2008

Before MICHAEL, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eva I. Guerra, LAW OFFICES OF EVA I. GUERRA, White Lake, Michigan,
for Appellant.  Chuck Rosenberg, United States Attorney, Virginia
Van Valkenburg, Assistant United States Attorney, Norfolk,
Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James F. Craig appeals the district court's order accepting the recommendation of the magistrate judge and dismissing this action pursuant to Fed. R. Civ. P. 41(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Craig v. Astrue, No. 2:06-cv-00077-RBS (E.D. Va. May 17, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED